# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1348
Lower Tribunal No. 20-17681
_____

**Yasiyah El,**
Appellant,

vs.

**FV-I Inc., etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Yasiyah El, in proper person.

Howard Law Group, and Harris S. Howard and Evan R. Raymond (Boca Raton), for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.